UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHUOC TRAN,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF NEVADA and CLARK COUNTY DISTRICT ATTORNEY'S OFFICE,<br><br>    Defendants | Case No.: 2:23-cv-00867-APG-DJA<br><br>**Order Dismissing Case** |

On September 12, 2023, plaintiff Phuoc Tran was advised by the court that his complaint against defendants State of Nevada and Clark County District Attorney's Office would be dismissed without prejudice unless by October 12, 2023, Tran either filed proper proof of service or showed good cause why such service was not timely made. Tran failed to do so. I gave Tran 30 more days to effect service on the defendants as required under Rule 4. ECF No. 15. I advised Tran that if he failed to file proof of proper service by November 14, 2023, I would dismiss this case without prejudice. Id. Tran did not file proof of service.

I THEREFORE ORDER that the complaint (ECF No. 1) is dismissed without prejudice for failure to timely serve the defendants. The clerk of court is instructed to close this case.

DATED this 16th day of November, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE